UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>DIROUG DIEKGERS dba ERIC'S GOURMET FOOD & CATERING; RADIN CO., A CALIFORNIA LIMITED PARTNERSHIP;<br><br>    Defendants. | Case No. 3:17-cv-03486-WHO<br><br>**CONDITIONAL DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 29 |

The parties have provided notice that they have settled this matter. Dkt. No. 29. Accordingly, this matter is DISMISSED WITH PREJUDICE. If any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: April 5, 2018

_____
William H. Orrick
United States District Judge